127 A.3d 1286

Jason Isaac WEST, Petitioner

v.

COURT OF COMMON PLEAS MONTGOMERY COUNTY, Respondent.

No. 148 MM 2015.

Supreme Court of Pennsylvania.

Dec. 2, 2015.

## ORDER

PER CURIAM.

AND NOW, this 2nd day of December, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Application for a Hearing are **DENIED.**